UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALCOVA INVESTMENT LLC *et al.*,

                                    Plaintiffs,

                    -v-

GAGANDEEP LAKHMNA,

                                    Defendant.

26 Civ. 3729
26 Civ. 4080

ORDER

---

PAUL A. ENGELMAYER, District Judge:

These two matters have been assigned to this Court as related.  This initial order covers both matters.

The Court has received a letter from plaintiffs' counsel notifying the Court that a preliminary injunction had been fully briefed and was scheduled to be heard in state court today, May 21, 2026, at 10:00 a.m. in the action docketed here as 26 Civ. 4080 (PAE).  Dkt. 18.  To state the obvious, counsel should have earlier notified this Court of that hearing.

The Court intends to move these cases forward with dispatch.  To that end, the Court schedules an initial pretrial conference for **Wednesday, May 27, 2026, at 10:00 a.m.**, in courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.  The conference will cover both of these related cases.  At that conference, the Court will set a prompt schedule for the two cases, including as to any motion(s) for preliminary relief.  All conferences with the Court are scheduled for a specific time; there are no other matters scheduled for that time, and counsel are directed to appear promptly.  All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

1

In advance of that conference, the Court directs the parties to:

- **Confer with each other prior to the conference regarding settlement** and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference.

- **Prepare a Civil Case Management Plan and Scheduling Order** in accordance with the Court's Individual Rules, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer, to be submitted to the Court no later than **May 26, 2026, at 10 a.m.**

- **Prepare a joint letter**, not to exceed five pages in length, to be submitted to the Court no later than **May 26, 2026, at 10 a.m.** addressing the following topics in separate paragraphs: (1) a brief description of the cases, including the factual and legal bases for the claim(s) and defense(s), and the history of the cases; (2) any contemplated motions; and (3) the prospect for settlement. For the Court's convenience, the parties are requested to set forth the date and time of the conference in the opening paragraph of the letter.

- **File of the docket of these cases** all filings in state court prior to removal of these cases, including all filings relating to any motion for a preliminary injunction and any transcripts of oral argument, conferences, or proceedings regarding such filings, **by May 26, 2026, at 10 a.m.**

- **Register as filing users** in accordance with the Procedures for Electronic Case Filing prior to the date of the initial pretrial conference.

- **Email to EngelmayerNYSDChambers@nysd.uscourts.gov**, no later than **May 26, 2026**, at 10 a.m., the names of any counsel who wish to enter an appearance at the conference.

In light of the deadlines set out herein, the Court is Court is emailing a copy of this order to counsel for both sides. In addition, plaintiffs' counsel is to serve this order on defendant's counsel forthwith, and file an affidavit of service on the docket of this case forthwith.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 21, 2026
        New York, New York

3