UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALCOVA INVESTMENTS LLC, *et al.*,

                          Plaintiffs,
              -v-

                                                    26 Civ. 3729
                                                    26 Civ. 4080

GAGANDEEP LAKHMNA,
                                                    ORDER

                          Defendant.

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from Gregory Byrnes, Esq., a counsel for defendants in this case, stating that he will be out of town on vacation on May 27, 2026, the date the Court has scheduled for a conference in this case, and asking for permission to participate remotely.  See Dkt. 22.

To the extent the letter asks that the conference be held remotely, the request is denied. Given the time-sensitivity and complexity of this matter, and the need for urgency as reflected in the fact that a preliminary injunction hearing had been scheduled in state court prior to the case's removal, the Court's judgment is that an in-person conference attended by knowledgeable counsel is necessary and will more readily promote a fruitful discussion.

To the extent, however, that Mr. Byrnes's request is particular to himself, the Court will, however, permit Mr. Byrnes—and Mr. Byrnes only, on account of his vacation—to audit the conference remotely by telephone, on the condition that separate defense counsel with close familiarity with this matter be present in person and take the lead at the conference for the defense.  The Court may inquire of Mr. Byrnes at the conference, to the extent such proves

1

necessary, but the Court's expectation is that its colloquy will be with counsel present in person.

The Court's staff will separately furnish Mr. Byrnes with phone access information.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 22, 2026
New York, New York

2