UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALCOVA INVESTMENT LLC *et al.*,<br><br>                             Plaintiffs,<br><br>      -v-<br><br>GAGANDEEP LAKHMNA,<br><br>                             Defendant. | 26 Civ. 3729<br>26 Civ. 4080<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record of today's initial pretrial conference, the Court

schedules a preliminary injunction hearing beginning at 9 a.m. on Monday, **June 1, 2026** in

Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New

York 10007. The Court will hear testimony and receive documentary evidence on plaintiffs'

application for a preliminary injunction, based on their claim that defendant failed to make certain

required payments, giving rise to an event of default and justifying defendant's removal as

manager pursuant to the parties' Operating Agreements. The hearing will consider all elements

of the federal-law preliminary injunction standard. As stated at the hearing, in the event the Court

determines that preliminary relief is merited, the Court will give counsel an opportunity to be

heard on issues relating to the scope of relief incident to defendant's removal as manager (*e.g.*,

with respect to the selection and payment of a successor general contractor).

In advance of this hearing, by no later than **Friday, May 29, at 5:00 p.m.**:

- Plaintiffs are directed to file on the docket of this case a reply in support of their

  application for emergency relief.

- The parties are directed to file on the docket of this case written affidavits of any direct testimony they intend to offer at the hearing.

- The parties are directed to file on the docket of this case copies of any exhibits they intend to offer at the hearing. Counsel are also to hand-deliver to Chambers two binders containing such tabbed exhibits. Counsel are directed to call Chambers at 212-805-0206 ten (10) minutes prior to arrival to the Thurgood Marshall U.S. Courthouse, so that a member of Chambers staff can arrange to receive these materials.

- Each side shall file a memorandum of fact and law on the docket of this case identifying the witness(es) it intends to call, synopsizing the anticipated testimony of each witness, and setting out the legal arguments it intends to advance based on the evidence adduced. The Court expects counsel, in these memoranda, to prioritize federal-court case authority.

Separately, the parties are directed to file by the end of the day today Rule 7.1 disclosures for all parties involved in (1) the above-captioned cases and (2) the cases that counsel indicated they will seek to have assigned to this Court as related.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 27, 2026
New York, New York