UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALCOVA INVESTMENT LLC *et al.*,

                                                Plaintiffs,

                        -v-

GAGANDEEP LAKHMNA,

                                                Defendant.

26 Civ. 3729
26 Civ. 4080

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has directed the parties to hand-deliver to Chambers, by 5 p.m. tomorrow, two binders containing copies of any exhibits they intend to offer at the hearing.  Dkt. 22.  In addition, to assist the Court in its preparation for the hearing scheduled for June 1, 2026, the Court directs the parties to email an electronic copy of any such exhibits intended to be offered at the hearing to Chambers at EngelmayerNYSDChambers@NYSD.uscourts.gov.

The Court also directs the parties to comply with its May 21, 2026 order, Dkt. 10, which directed filing on the docket of these cases "any transcripts of oral argument, conferences, or proceedings" in state court.  Should no such transcripts exist, the Court directs the parties to so confirm by filing a letter on the docket of the case forthwith.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 28, 2026
       New York, New York