UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALCOVA INVESTMENT LLC *et al.*,

                           Plaintiffs,

          -v-

GAGANDEEP LAKHMNA,

                       Defendant.

26 Civ. 3729
26 Civ. 4080
26 Civ. 4109

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

The Court directs counsel for all parties in the above-captioned cases to appear at conference with the Court on **June 23, 2026, at 3:30 p.m.** in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.  In advance of that conference, the Court directs counsel for all parties to:

- Confer with each other regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference.

- Prepare a joint letter, not to exceed five pages in length, to be submitted to the Court no later than **June 22, 2026, at 5:00 p.m.** addressing the following topics in separate paragraphs: (1) an update on the status of the five real estate development projects; (2) their views as to next steps in each case; and (3) the prospect for settlement in each case. For the Court's convenience, the parties are requested to set forth the date and time of the conference in the opening paragraph of the letter.

- To the extent the parties envision continued litigation in these cases, prepare a Civil Case Management Plan and Scheduling Order for each case, or the cases collectively, in accordance with the Court's Individual Rules, available at

https://www.nysd.uscourts.gov/hon-paul-engelmayer, to be submitted to the Court no later than **June 22, 2026, at 5:00 p.m.**

Requests for adjournment may be made only in a writing received no later than two business days before the conference.  The written submission must comply with Section 1.E of the Court's Individual Rules.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: June 9, 2026
New York, New York