UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALCOVA INVESTMENT LLC *et al.*,

                                        Plaintiffs,

                    -v-

GAGANDEEP LAKHMNA,

                                        Defendant.

26 Civ. 3729
26 Civ. 4080

ORDER

PAUL A. ENGELMAYER, District Judge:

This order memorializes determinations the Court made at a pretrial conference yesterday in these two related matters.

1.      The Court authorizes plaintiffs to file an amended complaint in the case 26 Civ. 4080 (PAE), with the intention that that amended complaint will become the sole operative pleading before this Court. The amended complaint is to incorporate the claims pending in case 26 Civ. 3729 (PAE). The amended complaint is to be filed by June 26, 2026. After the amended complaint is filed, plaintiffs are to move to dismiss, without prejudice, the complaint in 26 Civ. 3729 (PAE). Defendant shall have 21 days to answer or otherwise respond to the amended complaint. Defendant shall also move to dismiss, without prejudice, the actions 26 Civ. 4109 (PAE) and 26 Civ. 4268 (PAE). Following the defense's responsive pleading in 26 Civ. 3729 (PAE), the Court will issue an order as to next steps in the matter.

2.      The Court will today refer the parties for a prompt settlement conference before Magistrate Judge Sarah L. Cave, the magistrate judge assigned the lower-docket number of the now-pending cases, 26 Civ. 3729 (PAE).

3.      As to the Court's preliminary injunction order at docket 47 in 26 Civ. 4080 (PAE), issued June 10, 2026, that order remains in effect, with these modifications and clarifications:

a.  To the extent that the defendant has not produced to Successor Manager, AC Equity Manager LLC, the books, records, and credentials, etc., identified in point 3 of the order, he is to do so immediately.  Defense counsel, Donald Benedetto, Esq., personally committed at yesterday's conference to arrange for the prompt conveyance of these materials to the Successor Manager and the Court directs him to do so as promised.

b.  In the second paragraph of point 4 of the order, the Court directed that the Successor Manager, for two weeks, not enter into any binding agreement with any person or entity other than the defendant with respect to filling the general contractor position for any of the five projects at issue.  The Court lifts that prohibition, effective at the end of the day today.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 24, 2026
       New York, New York