UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALCOVA INVESTMENT LLC ET AL.,

                              Plaintiff,

        -v-

GAGANDEEP LAKHNMA,

                              Defendant.

CIVIL ACTION NO. 26 Civ. 3729 (PAE) (SLC)

ALCOVA INVESTMENT LLC ET AL.,

                              Plaintiff,

        -v-

GAGANDEEP LAKHNMA,

                              Defendant.

CIVIL ACTION NO. 26 Civ. 4080 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The following actions have been referred to the undersigned for settlement: Alcova Investment LLC et al v. Gagandeep Lakhnma, 26 Civ. 3729 (PAE) (SLC) (S.D.N.Y.) ("Alcova I"); Alcova Investment LLC et al v. Gagandeep Lakhnma, 26 Civ. 4080 (PAE) (SLC) (S.D.N.Y.) ("Alcova II"). (Alcova I, Dkt. No. 45; Alcova II, Dkt. No. 53). Accordingly, a Telephone Conference to schedule a Settlement Conference in both cases is scheduled for **June 30, 2026, at 3:30 p.m. ET** on the Court's conference line.

The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement

Conference (in-person, by telephone, or by videoconference hosted either by the Court on

Webex or by the parties on an alternative platform).

Dated:        New York, New York
              June 25, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2